IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Morrow, Rachel L

Printed: 01/22/09

Case Number: 07 B 18282
Judge: Hollis, Pamela S
Filed: 10/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 3, 2008
Confirmed: February 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,800.00 |  |
| Secured: |  | 344.55 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,831.50 |
| Trustee Fee: |  | 268.95 |
| Other Funds: |  | 355.00 |
| Totals: | 4,800.00 | 4,800.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,831.50 | 3,831.50 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 15,692.92 | 344.55 |
| 4. | Illinois Dept of Revenue | Priority | 74.18 | 0.00 |
| 5. | U.S. Department Of Education | Unsecured | 0.00 | 0.00 |
| 6. | B-Real LLC | Unsecured | 75.81 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 77.58 | 0.00 |
| 8. | T Mobile USA | Unsecured | 76.56 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 6.30 | 0.00 |
| 10. | Nicor Gas | Unsecured | 77.61 | 0.00 |
| 11. | Caine & Weiner | Unsecured |  | No Claim Filed |
| 12. | Allied Interstate | Unsecured |  | No Claim Filed |
| 13. | CBCS | Unsecured |  | No Claim Filed |
| 14. | CCA | Unsecured |  | No Claim Filed |
| 15. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 16. | Credit Management Service | Unsecured |  | No Claim Filed |
| 17. | CPSI Security | Unsecured |  | No Claim Filed |
| 18. | Brink Home Security | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | Verizon Wireless/Great Lakes | Unsecured |  | No Claim Filed |
| 21. | Southwest Credit Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,912.46 | $ 4,176.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Morrow, Rachel L | Case Number: 07 B 18282 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 01/22/09 | Filed: 10/5/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 100.01 |
| 6.5% | 144.59 |
| 6.6% | 24.35 |
| | $ 268.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

